**Order entered December 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00275-CR**

**TIMOTHY LEE BARNUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069939**

**ORDER**

The reporter's record was filed September 27, 2021. On November 30, 2021, a supplemental reporter's record containing a corrected volume 4 was filed. We **STRIKE** volume 4 of the September 27, 2021 reporter's record.

Appellant's brief is due December 27, 2021.

/s/     ERIN A. NOWELL
        JUSTICE